Attorney(s)
Index # **1:18-CV-00759-KPF**
Purchased/Filed: January 29, 2018
State of New York
Court:      U. S. District
County:     Southern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Brian Fischler Individually and on Behalf of All Other persons Similarly Situated

against

Maison Kayser LLC

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY   )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Brown  Other:

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 7, 2018_____, at __10:25 AM__, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Maison Kayser LLC**

the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____$40____ dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th day of February 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
**Invoice·Work Order #** 1803012
Attorney File # **Fischler**